[Cite as *State v. Morrison*, 2021-Ohio-4371.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## ASHTABULA COUNTY

| | |
|---|---|
| STATE OF OHIO, | CASE NO. 2021-A-0034 |
| Plaintiff-Appellee, | |
| - v - | Criminal Appeal from the Court of Common Pleas |
| HENRY MORRISON, | Trial Court No. 2021 CR 00078 |
| Defendant-Appellant. | |

## M E M O R A N D U M
## O P I N I O N

Decided: December 13, 2021
Judgment: Appeal dismissed

*Colleen M. O'Toole,* Ashtabula County Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047 (For Plaintiff-Appellee).

*Henry Morrison,* pro se, PID: A783-322, Correctional Reception Center, P.O. Box 300, Orient, OH 43146 (Defendant-Appellant).

JOHN J. EKLUND, J.

{¶1} On November 3, 2021, appellant, Henry Morrison, pro se, filed a "Motion to Appeal Plea Agreement," construed by this court as a notice of appeal. No entry was attached to the notice, but the record reflects that the trial court issued a September 17, 2021 sentencing entry after appellant entered a written plea of guilty to count one of the indictment, burglary. The court sentenced appellant to serve 36 months in prison on the burglary conviction and ordered that the sentence run consecutive to the sentence

imposed in Ashtabula County C.P. No. 2021 CR 96 and concurrent to Crawford County C.P. No. CP-20-CR-000724-2019.

{¶2} A timely notice of appeal was due no later than October 18, 2021, which was not a holiday or weekend. The appeal is untimely by 16 days.

{¶3} "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4} However, an appellant may seek leave to file an untimely criminal appeal by strictly following App.R. 5(A) which provides:

{¶5} "(1) After the expiration of the thirty day period provided by App.R. 4(A) for filing a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶6} "(a) Criminal proceedings; * * *.

{¶7} "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. Concurrently with the filing of the motion, the movant shall file with the clerk of the trial court a notice of appeal in the form prescribed by App.R. 3 and shall file a copy of the notice of appeal in the court of appeals. The movant also shall furnish an additional copy of the notice of appeal and a copy of the motion for leave to the clerk of the court of appeals who shall serve the notice of appeal and the motion upon the prosecuting attorney."

Case No. 2021-A-0034

{¶8}   Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A).   Thus, this court is without jurisdiction to consider the appeal.

{¶9}   Appeal dismissed, sua sponte, as untimely.

CYNTHIA WESTCOTT RICE, J.,

THOMAS R. WRIGHT, J.,

concur.

Case No. 2021-A-0034